| AO-10 Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112) |
| --- | --- | --- |



| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
| --- | --- | --- |
| Reinhard, Philip G. | United States District Court Northern District, Illinois | 8/2/91 |
| **4. Title** (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) Nominee - U.S. District Judge (Art. III) | **5. Report Type** (check appropriate type) X Nomination, Date 8/1/91 __ Initial __ Annual __ Final | **6. Reporting Period** January 1, 1990- August 2, 1991 |
| **7. Chambers or Office Address** Appellate Court office, 1639 N. Alpine Road, Suite 107 Rockford, IL 61107 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

POSITION       NAME OF ORGANIZATION/ENTITY

☐ NONE (No reportable positions)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| Guardian of personal estate in No. 80-P-541 in the Circuit Court of Winnebago County, Illinois | for Philip S. Reinhard (son - age 15) for proceeds of his personal injury settlement |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

DATE       PARTIES AND TERMS

☐ NONE (No reportable agreements)

| DATE | PARTIES AND TERMS |
| --- | --- |
| | Illinois Judges Retirement System - vested but not payable until age 55. |

## II. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| ☐ NONE (No reportable non-investment income) | | |
| | Annual salary as Illinois Appellate Court Judge | $ 87,780.00 |
| 5/89, 8/89, 10/89 | Teaching Honorarium/American Academy of Judicial Educa. | $ 6,000.00 |
| 10/90 | Teaching Honorarium/American Academy of Judicial Educa. | $ 2,000.00 |
| | (S) Substitute teacher/Harlem Consolidated School Dist. | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reinhard, Philip G. | 8/2/91 |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| EXEMPT | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ . |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities) | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* VALUE CODES:  J = $15,000 or less      K = $15,001 to $50,000      L = $50,001 to $100,000      M = $100,001 to $250,000
N = $250,001 to $500,000      O = $500,001 to $1,000,000      P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Reinhard, Philip G. | Date of Report<br>8/2/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(S)" for joint ownership of reporting individual and spouse, "(J)" for joint ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Regal Beloit Corporation Common Stock | A | Div. | J | T | EXEMPT | | | | |
| 2 IRA Account - Blunt,Ellis, Loewi, Rockford, IL | A | Div. & Int. | J | T | EXEMPT | | | | |
| 3 Illinois Judicial Retirement System | A | | M | T | EXEMPT | | | | |
| 4 (DC) Firstar Corporation Common Stock | A | Div. | J | T | EXEMPT | | | | |
| 5 (DC) Safety Kleen Corp. Common Stock | A | Div. | J | T | EXEMPT | | | | |
| 6 (DC) Amcore Financial Inc. Common Stock | A | Div. | J | T | EXEMPT | | | | |
| 7 (DC) Pioneer Financial Services - Common Stock | A | None | J | T | EXEMPT | | | | |
| 8 (DC) Regal Beloit Corp. Common Stock | A | Div. | J | T | EXEMPT | | | | |
| 9 (DC) Regal Beloit Corp. Common Stock | A | Div. | J | T | EXEMPT | | | | |
| 10 (DC) Dean Witter Liquid Asset Fund - Rockford, IL | B | Div. | K | T | EXEMPT | | | | |
| 11 (DC) (J) Savings Amcore Bank - Rockford, IL | A | Int. | J | T | EXEMPT | | | | . |
| 12 (DC) Savings - Apline Bank Rockford, IL | A | Int. | J | T | EXEMPT | | | | |
| 13 (DC) Dean Witter Liquid Asset Fund - Rockford, IL | A | Div. | J | T | EXEMPT | | | | |
| 14 (DC) Sears Government Money Market Fund Rockford, IL | A | Div. | J | T | EXEMPT | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Reinhard, Philip G. | Date of Report<br>8/2/91 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

#2    IRA Account - Blunt, Ellis, Loewi, is in two parts: 200 shares

common stock of Amcore Financial Corp. and balance in money market

fund.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature  _Philip G. Reinhard_                    Date _August 2, 1991_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:        Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC  20544


Digitized by Google

5. Please complete the attached financial net worth statement in detail (add schedules as called for).

### ASSETS

| | |
|---|---:|
| Cash in banks | $ 4,000.00 |
| Cash in bank & CD (son Bruce) | 5,000.00 |
| Cash in bank (son Brian) | 1,500.00 |
| Cash in bank & money market fund (son David) | 7,500.00 |
| Cash in bank & money market fund (son Philip) | 33,000.00 |
| IRA account - stock | 2,600.00 |
| IRA account - cash | 2,500.00 |
| Illinois Judges Retirement System | 108,000.00 |
| Cash value of life insurance | 6,500.00 |
| Common Stock - Public Companies: | |
|  300 shares Firstar Corp. (son Philip) | 10,200.00 |
|  150 shares Safety Kleen Corp. (son Philip) | 4,600.00 |
|  200 shares Amcore Financial Corp. (son David) | 2,600.00 |
|  285 shares Regal Beloit Corp. (son David) | 3,700.00 |
|  100 shares Greenman Bros. (son David) | 400.00 |
|  200 shares Pioneer Financial Corp. (son Brian) | 1,300.00 |
|  200 shares Regal Beloit Corp. (son Brian) | 2,600.00 |
|  992 shares Regal Beloit Corp. | 13,000.00 |
| Real Estate - personal home | 150,000.00 |
| Automobiles | 15,000.00 |
| Personal property and household furnishings | 20,000.00 |
| TOTAL ASSETS | $ 394,000.00 |

### LIABILITIES

| | | |
|---|---|---:|
| Home Mortgage - | The Valley Bank of Illinois | |
| | Cherry Vale Drive | |
| | Cherry Valley, Illinois | $ 28,760.00 |
| | TOTAL LIABILITIES | $ 28,760.00 |

### CONTINGENT LIABILITIES

None

### GENERAL INFORMATION

No assets pledged, not a defendant in any suit or legal action, and never taken bankruptcy.

Digitized by Google

6. **Have you ever held a position or played a role in a political campaign?  If so, please identify the particulars of the campaign, including the candidate, dates of the campaign, your title and responsibilities.**

   I have been a candidate for political and judicial office on four occasions and once for retention as an Appellate Court Judge.  In the four campaigns for political office and judicial office, I have been the candidate of the Republican Party, actively campaigned for the position, and was elected on each occasion:

   1968 - Candidate for nomination and candidate in general election (Republican Party) for State's Attorney of Winnebago County, Illinois.

   1972 - Candidate for nomination and candidate in general election (Republican Party) for State's Attorney of Winnebago County, Illinois [no primary or general election opposition].

   1976 - Candidate for nomination and candidate in general election (Republican Party) for Circuit Judge, 17th Judicial Circuit of Illinois.

   1980 - Candidate for nomination and candidate in general election (Republican Party) for Appellate Court Judge, Second District, State of Illinois [no primary or general election opposition].

   1990 - Retention election candidate for Appellate Court Judge, Second District, State of Illinois.

   From 1964 through 1976, I assisted various candidates for office as a volunteer, but was never a campaign manager, a paid campaign employee, or fundraiser in any political campaign.  Any role I played in a campaign was incidental to my position as a Republican official.

-23-

Digitized by Google